UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LATASHA ANN NICHOLS,

           Petitioner,

v.

A COOPER,

           Respondent.

CASE NO. 2:24-cv-01478-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge David W. Christel, Dkt. # 4.and the remaining record, does hereby find and ORDER:

(1) Petitioner did not file an objection to the R&R.  The Court agrees with the R&R and adopt it.

(2) Petitioner's federal habeas petition is improperly filed in her court of confinement pursuant to 28 U.S.C § 2241 and must instead be brought before her sentencing court pursuant to 28 U.S.C. § 2255 or as a motion for compassionate release.

(3) As the petition was filed in the incorrect court and transfer would not be in the interest of justice, this action is DISMISSED WITHOUT PREJUDICE.

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 6th day of November, 2024.

                                    JOHN H. CHUN
                                    United States District Judge